IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 07-562 |
| v. | : | |
| | : | CIVIL ACTION NO. 14-6436 |
| ISSAC D. WARREN | : | |

**O R D E R**

     **AND NOW**, this  19th  day of   March  , 2015, upon consideration of Petitioner Issac Warren's *pro se* Petition for Habeas Corpus Relief Under 28 U.S.C. § 2241 (Case No. 14-6436, ECF No. 1), and the Government's Response thereto (ECF No. 6), it is **ORDERED** that the Petition is transferred to the United States District Court for the Middle District of Pennsylvania.  The Clerk of Court is directed to transfer this case to the Middle District forthwith.

     **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**